# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-08-0010                                                May 22, 2008
                                                          9:05 a.m.

### Aniceto Ogumoro -v- John I. Wabol, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Randy Schmidt, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Braddock Huesman, Attorney for Defendants DPS

PROCEEDINGS:   MOTION TO DISMISS

   Plaintiff was not represented in court.   Defendants' counsel Attorney Braddock Huesman was present.

   Attorney Huesman reported to the Court the status of the case.

   Court granted the motion without prejudice.

                                          Adjourned 9:07 a.m.


                                          */s/* K. Lynn Lemieux, Courtroom Deputy