1  Braddock J. Huesman
   F#00367
2  Assistant Attorney General
   Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
3  Caller Box 10007, Capital Hill
   Saipan, MP  96950-8907
4  Telephone:   (670) 664-2341
5  Fax:            (670) 664-2349

6  Attorney for Defendants Department of Public Safety,
   Jauan I. Wabol, Edward Manalili, James Guerrero,
7  Christopher Leon Guerrero and Jesse Seman.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| ANICETO T. OGUMORO, | CIVIL ACTION NO. 08-0010 |
|---|---|
| Plaintiff, | |
| | **STIPULATION TO ENLARGE TIME** |
| vs. | |
| JUAN I. WABOL, in his personal capacity, EDWARD MANALILI, in his personal capacity, JAMES GUERRERO, in his personal capacity, CHRISTOPHER LEON GUERRERO, in his personal capacity, JESSE SEMAN, in his personal capacity, DEPARTMENT OF PUBLIC SAFETY, and Does 1-20, | |
| Defendants. | |

**STIPULATION TO ENLARGE TIME**

Defendants Juan I. Wabol ("Defendant Wabol"), Edward Manalili ("Defendant Manalili"), James Guerrero ("Defendant Guerrero"), Christopher Leon Guerrero, ("Defendant Leon Guerrero"), Jesse Seman, ("Defendant Seman"), the Department of Public Safety ("DPS") (collectively "DPS Defendants") and Plaintiff Aniceto T. Ogumoro are parties to this lawsuit.

LA/576564v1

-1-

On or about June 6, 2008, Plaintiff filed his First Amended Complaint.

The parties stipulate that the DPS Defendants may have until June 27, 2008 to submit a response.

For these reasons, the parties ask the court to extend the time to respond to the First Amended Complaint until June 27, 2008.

Respectfully submitted
Thursday, June 19, 2008

OFFICE OF THE ATTORNEY GENERAL        VIOLA ALEPUYO, ATTORNEY-AT-LAW

_____/S/_____                _____/s/_____
Braddock Huesman,                  \Viola Alepuyo