FILED
Clerk
District Court

JUN 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANICETO T. OGUMORO, ) | Civil No. 08-0010 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATION TO ENLARGE |
| JUAN I. WABOL, *et al.*, ) | TIME TO FILE ANSWER OR |
| ) | OTHER RESPONSIVE |
| Defendants ) | PLEADING |
| _____ ) | |

BASED UPON the stipulation of the parties filed June 19, 2008,

IT IS ORDERED that the Commonwealth Department of Public Safety defendants shall have until 3:30 p.m., Friday, June 27, 2008, to file an answer or other responsive pleading.

DATED this 20th day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)