F I L E D
Clerk
District Court

AUG -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANICETO T. OGUMORO, | Civil Action No. 08-0010 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR CONTINUANCE AND SCHEDULING A SETTLEMENT CONFERENCE |
| JUAN I. WABOL, *et al.*, | |
| Defendants. | |

Now before the Court is the parties' Stipulation to Take Off Calendar or in the Alternative to Enlarge Time regarding the hearing of Defendants' motion to dismiss scheduled for September 4, 2008 at 8:30 am. The Court hereby GRANTS the motion. Instead, the parties shall participate in a settlement conference at the District Court of the Northern Mariana Islands on September 18, 2008 at 9:00 am. Both parties shall be present with complete settlement authority.

Accordingly, the hearing scheduled for September 4, 2008 at 8:30 am shall be taken off calendar and a settlement conference is set for September 18, 2008 at 9:00 am.

**IT IS SO ORDERED.**

Dated: August 6, 2008

*Alex R Munson*

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)